# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMIE COURTWAY, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| vs. | )   Case No. CIV-06-0333-F |
| | ) |
| GARFIELD COUNTY SHERIFF, | ) |
| | ) |
|    Respondent. | ) |

## **ORDER**

     This action seeks habeas relief under 28 U.S.C. § 2254. Petitioner appears pro se, and his pleadings are liberally construed.

     Magistrate Judge Gary M. Purcell's Report and Recommendation of April 4, 2006, recommends this action be dismissed without prejudice. (Doc. no. 5). The Report advised petitioner of his right to file an objection to the Report by April 24, 2006. The Report further advised that failure to make timely objection to the Report waives the right to appellate review of both factual and legal issues contained in the Report. Petitioner has not objected to the Report and has not sought a request for an extension of time within which to object.

     After careful study of the Report, the record, and the relevant authorities, the court finds and concludes that it concurs with the magistrate judge's determinations and that no purpose would be served by repeating those determinations, or any analysis, here.

Accordingly, the Report and Recommendation of Magistrate Judge Gary M. Purcell is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety. For the reasons stated in the Report, the petition is hereby **DISMISSED** without prejudice.

Dated this 10th day of May, 2006.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-0333p002(pub).wpd